22-14260

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

JACKSONVILLE BRANCH OF THE NAACP, et al.
*Plaintiffs-Appellees*,

v.

CITY OF JACKSONVILLE, et al.
*Defendants-Appellants*,

On Appeal from the United States District Court
for the Middle District of Florida, No. 3:22-cv-493 (Morales Howard, J.)

## UNOPPOSED SECOND MOTION FOR AN EXTENSION OF TIME BY THE CITY OF JACKSONVILLE AND SUPERVISOR HOGAN

Mohammad O. Jazil**
Jason B. Torchinsky
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690
*Counsel for Defendants-Appellants*
**Lead Counsel*

Jason R. Teal
Mary Margaret Giannini
Helen Roberson
OFFICE OF GENERAL COUNSEL
CITY OF JACKSONVILLE
117 W. Duval Street, Suite 480
Jacksonville, FL 32202
(904) 255-5100

*Jacksonville Branch of the NAACP v. City of Jacksonville*
22-14260

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Appellants certify that the following have an interest in the outcome of this appeal:

1. American Civil Liberties Union of Florida Northeast Chapter, *Plaintiff*
2. American Civil Liberties Union of Florida, *Law Firm of Attorney for Plaintiffs-Appellees*
3. Barnum, Dennis, *Plaintiff*
4. Barnum, Eunice, *Plaintiff*
5. Beato, Michael, *Attorney for Defendants-Appellants*
6. Bennette, Matletha, *Attorney for Plaintiffs-Appellees*
7. Carswell, Haraka, *Plaintiff*
8. City of Jacksonville, *Defendant-Appellant*
9. Covington, Ayesha, *Plaintiff*
10. Dolan, Krista Ann, *Attorney for Plaintiffs-Appellees*
11. Duval County Supervisor of Elections Office, *Interested Party*
12. Florida Rising Together, Inc., *Plaintiff*
13. Florida State Conference of Branches and Youth Units of the National Association for the Advancement of Colored People, *Interested Party*
14. Genberg, Jack, *Attorney for Plaintiffs-Appellees*
15. Giannini, Mary Margaret, *Attorney for Defendants-Appellants*
16. Greenwood, Ruth M., *Attorney for Plaintiffs-Appellees*
17. Harrell, Sonya, *Attorney for Defendants-Appellants*
18. Harvard Law School Election Law Clinic, *Law Firm of Attorney for Plaintiffs-Appellees*
19. Heard, Bradley E., *Attorney for Plaintiffs-Appellees*
20. Hessel, Daniel, *Attorney for Plaintiffs-Appellees*

21. Hogan, Mike, in his official capacity as Duval County Supervisor of Elections, *Defendant-Appellant*

22. Howard, Marcia Morales, *U.S. District Court Judge*

23. Jacksonville Branch of the National Association for the Advancement of Colored People, *Plaintiff*

24. Jazil, Mohammad O., *Attorney for Defendants-Appellants*

25. Lee, Theresa J., *Attorney for Plaintiffs-Appellees*

26. McCoy, Rosemary, *Plaintiff*

27. McNamara, Caroline Andrews, *Attorney for Plaintiffs-Appellees*

28. Montgomery, Ingrid, *Plaintiff*

29. National Association for the Advancement of Colored People, *Interested Party*

30. Northside Coalition of Jacksonville, Inc., *Plaintiff*

31. Phillips, Jon Robert, *Attorney for Defendants-Appellants*

32. Roberson, Helen Peacock, *Attorney for Defendants-Appellants*

33. Roberts, Tiffanie, *Plaintiff*

34. Singleton, Sheila, *Plaintiff*

35. Southern Poverty Law Center, *Law Firm of Attorney for Plaintiffs-Appellees*

36. Stephanopoulos, Nicholas, *Attorney for Plaintiffs-Appellees*

37. Tilley, Daniel B., *Attorney for Plaintiffs-Appellees*

38. Torchinsky, Jason, *Attorney for Defendants-Appellants*

39. Warren, Nicholas, *Attorney for Plaintiffs-Appellees*

40. Washington, Marcella, *Plaintiff*

41. Williams, Janine, *Plaintiff*

# CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1(a), Defendants-Appellants certify that the City of Jacksonville and Supervisor Hogan each has no parent corporation, and no publicly held corporation owns 10% or more of any of those entities' stock.

Per Circuit Rule 26.1-2(c), City of Jacksonville and Supervisor Hogan certify that the CIP contained herein is complete.

Dated: February 14, 2023            /s/ Mohammad O. Jazil
                                                     Mohammad O. Jazil
                                                     Counsel for Defendants-Appellants

**UNOPPOSED SECOND MOTION FOR AN EXTENSION OF TIME**

The City of Jacksonville and Duval County Supervisor of Elections Mike Hogan move under Federal Rule of Appellate Procedure 26 and 27, and Eleventh Circuit Local Rules 26-1 and 27-1, for an extension of time of thirty days to file their initial brief. As it currently stands, their initial brief is due on March 8, 2023. This is the City and Supervisor Hogan's second request for an extension of time, the first being granted by phone on January 24, 2023.

This second extension is justified due to circumstances unforeseen at the time the City and Supervisor Hogan made their first request for an extension. Specifically, at present, members of the Jacksonville City Council are drafting for debate and consideration legislation related to matters in this case. That legislation may significantly alter some of the controversies between the parties. In addition, local and state transparency requirements limit the Council's ability to debate among themselves and seek legal advice. *See generally* § 5.02, Jacksonville Charter; §§ 18 *et. Seq.*, 15.101, 15. 101 et seq., 129.102, Jacksonville Ord. Code; https://www.coj.net/city-council. The requested extension would thus allow for all parties to consider (and shape) the potential legislative changes, and to better focus their arguments before this Court. The extension would also provide counsel for the Council added time to advise members.

\* \* \*

The City and Supervisor Hogan thus ask this Court to grant their motion, making the initial brief due April 7, 2023. Notably, Plaintiffs do not oppose the extension.

| | |
|---|---|
| Dated: February 14, 2023 | Jason R. Teal<br>General Counsel<br>JTeal@coj.net, HDugan@coj.net<br>Mary Margaret Giannini<br>Assistant General Counsel<br>MGiannini@coj.net, SStevison@coj.net<br>Helen Peacock Roberson<br>Assistant General Counsel<br>HRoberson@coj.net,<br>CStephenson@coj.net<br>OFFICE OF GENERAL COUNSEL<br>CITY OF JACKSONVILLE<br>117 West Duval Street, Suite 480<br>Jacksonville, FL 32202<br>Phone: (904) 255-5100<br>Facsimile: (904) 255-5120<br><br> /s/ Mohammad O. Jazil<br>Mohammad O. Jazil<br>Michael Beato<br>HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC<br>19 South Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>Phone: (850_ 391-0503<br>mjazil@holtzmanvogel.com<br>mbeato@holtzmanvogel.com<br><br>Jason B. Torchinsky<br>HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC<br>2300 N Street NW, Suite 643A<br>Washington, DC 20037<br>Phone: (540) 341-8808<br>jtorchinsky@holtzmanvogel.com |

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d)(2)(A) because it contains 256 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it has been prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: February 14, 2023                    /s/ Mohammad O. Jazil
                                                     Mohammad O. Jazil
                                                       Counsel for Defendants-Appellants

## CERTIFICATE OF SERVICE

I filed this motion with the Court via ECF, which provides a copy of the foregoing to all counsel of record.

Dated: February 14, 2023                    /s/ Mohammad O. Jazil
                                                       Mohammad O. Jazil
                                                       Counsel for Defendants-Appellants