IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-14260-HH

_____

JACKSONVILLE BRANCH OF THE NAACP,
NORTHSIDE COALITION OF JACKSONVILLE, INC.,
ACLU OF FLORIDA NORTHEAST CHAPTER,
FLORIDA RISING TOGETHER, INC.,
MARCELLA WASHINGTON, et al.,

                              Plaintiffs - Appellees,

versus

CITY OF JACKSONVILLE,
DUVAL COUNTY SUPERVISOR OF ELECTIONS,

                              Defendants - Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

The motion for extension of time to and including April 7, 2023, in which to file Appellants' brief is GRANTED, with the appendix due seven (7) days from the filing of the brief.

                                                        /s/ Barbara Lagoa
                                              UNITED STATES CIRCUIT JUDGE